**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LRO/MND
F. #2023R00808

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 3, 2026

By ECF

The Honorable Orelia E. Merchant
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Klodjan Taraj
             Criminal Docket No. 26-78

Dear Judge Merchant:

      The parties write to jointly and respectfully request that the Court schedule a change of plea hearing in the above-referenced case, and that the Court exclude time until that date.

      On April 3, 2026, the government notified the Court that the defendant in the above-referenced case intends to waive indictment and plead guilty to an information, charging him with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349.  The parties write to jointly request that the Court schedule a change of plea hearing for April 29, 2026 at 11:00 a.m.   The parties further jointly request that the Court enter an order of excludable delay pursuant to 18 U.S.C. § 3161(h)(7).  The parties request that the time period between April 3, 2026 and April 29, 2026 be excluded, in computing the time within which the information must be filed, so that the parties may finalize and execute the plea agreement in advance of the plea hearing.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:    /s/ Molly N. Delaney
       Lindsey R. Oken
       Molly N. Delaney
       Assistant U.S. Attorneys
       (718) 254-6571

cc:    Jason Russo, Esq.